[No. 14273-9-I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JEMAL TYRONE KELLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-03032-3, Stephen M. Gaddis, J. Pro Tem., entered January 12, 1984. *Affirmed* by unpublished

opinion per Scholfield, J., concurred in by Corbett, C.J., and Coleman, J.